# Exhibit C

onecallcare MANAGEMENT

Make a Referral | Login or Register

Industry Links | Glossary

About | Products & Services | Providers | Payers | Patients | Knowledge Center | OC University | Contact

OCCM ▸ Home

Comprehensive services providing reliable connections to care

Learn More

Watch the One Call Solution Video

## Products & Services

OCCM provides the team to deliver integrated best-in-class care throughout the life cycle of the claim.

Find out more ▸

## One Call University

With increased workloads, claims professionals face the challenge of staying knowledgeable about the complex topics in today's market. One Call Care Management has created OC University to make it easier to fulfill your educational needs.

Learn More ▸

## Make a Referral

Making a referral is easy. Now you can send patient referrals more efficiently through OCCM's online referral tool.

Submit a referral ▸

## About OCCM

No one looks forward to managing a Workers' Compensation claim. It can be a complex, time-consuming and costly experience. You need a partner who understands the process and can provide the expertise and services you require every step of the way.

As the nation's leading provider of specialized cost containment services to the Workers' Compensation industry, you can count on One Call Care Management to reduce the headaches and hassles and help you achieve faster, more efficient and more cost-effective resolution of claims. From high-end diagnostic procedures, to transportation and language services, to superior dental programs and other medical specialties, OCCM is there for you with reliable, consistent connections to care and improved outcomes.

With OCCM, you're assured of the highest quality and most cost effective services from impeccably credentialed providers. You can relax knowing that through OCCM you receive the finest care in the nation – as quickly as possible.

Watch Video ▶

## Latest News

**Revolutionizing Workers' Compensation Claims with Wearable Technology**
Read More

**One Call Care Management's Neurodiagnostics Medical Director John Robinton Achieves Re-certification in Neurophysiology**
Read More

**One Call Care Management Promotes Pamela Landefeld to President of One Call Care Diagnostics**
Read More

**Hearing Loss Claims in Workers' Compensation: A Growing Concern**
Read More

**One Call Care Management Announces Senior Management Change**
Read More



Contact our Webmaster for website questions, suggestions, or to report a problem with our site. The on-line services provided by One Call Care Management are for the exclusive use of One Call Care Management customers. ©2013 One Call Care Management. All rights reserved. Unauthorized access is strictly prohibited. Usage will be monitored.

onecallcare MANAGEMENT

Make a Referral | Login or Register

Industry Links | Glossary

About | Products & Services | Providers | Payers | Patients | Knowledge Center | OC University | Contact

Products & Services ▶ Introduction

# Reliable, consistent connections to care.

From diagnostics, home and complex care management, transportation and language services, to dental and other medical specialties, OCCM provides reliable connections to care.



## Value Added Service

OCCM offers the only comprehensive program of its kind to maximize client savings throughout our combined, free-of-charge consulting and delivery services portfolio.

Find out more ▶

## OCC University

With increased workloads, claims professionals face the challenge of staying knowledgeable about the complex topics in today's market. OCCM has created OCC University to make it easier to fulfill your educational needs.

Find out more ▶

## Make a Referral

Making a referral is easy. Now you can send patient referrals more efficiently through OCCM's online Referral tools.

Find out more ▶

## Products & Services

OCCM provides the team to deliver this integrated best-in-class care throughout the life cycle of the claim. The three components of OCCM's innovative approach are:

- Strong national specialty networks with prompt access to high quality specialty providers via easy-to-use connections for claims management. OCCM credentials these best-in-class providers, matches the injured worker with the right provider, ensures the timely movement of critical data and reports, and simplifies the reimbursement process.
- Sophisticated analytics that identify high performing workers' compensation physicians and specialists. With quality physicians guiding the case, many oversight activities such as utilization review (UR) and total claims management (TCM) can be minimized taking cost, time and friction out of the claims management process.
- Technology that connects these formerly fragmented players into a virtual integrated team wrapped around the injured worker.

## Value Added Products

When you have a claim to manage, you want to know that it will be handled quickly, efficiently and with a focus on providing the highest caliber of care. At OCCM, we understand. From cost effective diagnosis to transportation and language to dental and so much more, we take pride in helping our clients reduce their administrative burden while providing their patients with the highest quality services at an optimized price.

Products & Services
Diagnostics
Dental + Doctor
Transport + Translate
Complex + Home Care
Equipment + Devices

Knowledge Center
Articles + Best Practice Briefs
Clinical Tools
Webinars and CEU's
Glossary
Industry Links

Referrals
Diagnostics
Dental + Doctor
Transport + Translate
Complex + Home Care
Equipment + Devices

Contact
Careers
Contact Us
Locations
Referral Options

Terms & Conditions Privacy Statement Site Map HIPAA Compliance

Contact our Webmaster for website questions, suggestions, or to report a problem with our site. The on-line services provided by One Call Care Management are for the exclusive use of One Call Care Management customers. ©2013 One Call Care Management. All rights reserved. Unauthorized access is strictly prohibited. Usage will be monitored.