# Exhibit D

employee handbook

onecallcare
MANAGEMENT



## Purpose
The purpose of this policy is to outline the acceptable use of computer equipment at OCCM. These rules are in place to protect the employee and OCCM. Inappropriate use exposes OCCM to risks including virus attacks, compromise of network systems and services, and legal issues.

## Scope
This policy applies to employees, contractors, consultants, temporaries, and other workers at OCCM, including all personnel affiliated with third parties. This policy applies to all equipment that is owned or leased by OCCM.

## General Use and Ownership
1. While OCCM's network administration desires to provide a reasonable level of privacy, users should be aware that the data they create on the corporate systems remains the property of OCCM. Because of the need to protect OCCM's network, management cannot guarantee the confidentiality of information stored on any network device belonging to OCCM.
2. Employees are responsible for exercising good judgment regarding the reasonableness of personal use. Individual departments may have additional guidelines concerning personal use of Internet/Intranet/Extranet systems.
3. For security and network maintenance purposes, authorized individuals within OCCM may monitor equipment, systems and network traffic at any time.
4. OCCM reserves the right to audit networks and systems on a periodic basis to ensure compliance with this policy.

## Security and Proprietary Information
1. The user interface for information contained on Internet/Intranet/Extranet-related systems should be classified as either confidential or not confidential. Examples of confidential information include but are not limited to: Company private, corporate strategies, competitor sensitive, trade secrets, specifications, customer lists, and research data. Employees should take all necessary steps to prevent unauthorized access to this information.
2. Keep passwords secure and do not share accounts. Authorized users are responsible for the security of their passwords and accounts. User level passwords should be changed every 90 days.
3. All PCs, laptops and workstations should be secured with a password-protected screensaver with the automatic activation feature set at 15 minutes or less, or by logging-off when the system will be unattended.
4. Because information contained on portable computers is especially vulnerable, special care should be exercised.
5. Postings by employees from an OCCM email address to newsgroups should contain a disclaimer stating that the opinions expressed are strictly their own and not necessarily those of OCCM, unless posting is in the course of business duties.
6. All systems used by the employee that are connected to the OCCM Internet/Intranet/Extranet, whether owned by the employee or OCCM , shall be continually executing approved virus-scanning software with a current virus database.
7. Employees must use extreme caution when opening e-mail attachments received from unknown senders, which may contain viruses, e-mail bombs, Trojan horse code, phishing attacks, hyperlinks to unsavory websites etc.

## Unacceptable Use
The following activities are, in general, prohibited. Employees may be exempted from these restrictions during the course of their legitimate job responsibilities (e.g., systems administration staff may have a need to disable the network access of a system if that system is disrupting production services).

Under no circumstances is an employee of OCCM authorized to engage in any activity that is illegal under local, state, federal or international law while utilizing OCCM - owned resources.

The lists below are by no means exhaustive, but attempt to provide a framework for activities which fall into the category of unacceptable use.

### Prohibited Activities

1. Violations of the rights of any person or Company protected by copyright, trade secret, patent or other intellectual property, or similar laws or regulations, including, but not limited to, the installation or distribution of "pirated" or other software products that are not appropriately licensed for use by OCCM.
2. Unauthorized copying of copyrighted material including, but not limited to, digitization and distribution of photographs from magazines, books or other copyrighted sources, copyrighted music, and the installation of any copyrighted software for which OCCM or the end user does not have an active license is strictly prohibited.
3. Exporting software, technical information, encryption software or technology, in violation of international or regional export control laws, is illegal. The appropriate management should be consulted prior to export of any material that is in question.
4. Introduction of malicious programs into the network or server (e.g., viruses, worms, Trojan horses, e-mail bombs, etc.) whether download from the Internet or introduced via unauthorized removable media.
5. Revealing your account password to others or allowing use of your account by others. This includes family and other household members when work is being done at home.
6. Using an OCCM computing asset to actively engage in procuring or transmitting material that is in violation of sexual harassment or hostile workplace laws in the user's local jurisdiction.
7. Making fraudulent offers of products, items, or services originating from any OCCM account.
8. Making statements about warranty, expressly or implied, unless it is a part of normal job duties.
9. Effecting security breaches or disruptions of network communication. Security breaches include, but are not limited to, accessing data of which the employee is not an intended recipient or logging into a server or account that the employee is not expressly authorized to access, unless these duties are within the scope of regular duties. For purposes of this section, "disruption" includes, but is not limited to, network sniffing, pinged floods, packet spoofing, denial of service, and forged routing information for malicious purposes.
10. Port scanning or security scanning is expressly prohibited unless prior notification to OCCM is made.
11. Executing any form of network monitoring which will intercept data not intended for the employee's system, unless this activity is a part of the employee's normal job/duty.
12. Circumventing user authentication or security of any system, network or account.
13. Interfering with or denying service to any user other than the employee's system (for example, denial of service attack).
14. Using any program/script/command, or sending messages of any kind, with the intent to interfere with, or disable, a user's terminal session, via any means, locally or via the Internet/Intranet/Extranet.
15. Providing information about, or lists of, OCCM employees to parties outside OCCM.
16. Listening/Viewing Online Music/Video. Using the OCCM computers to listen to music using CD's, IPOD etc. Exceptions to this would be attending online web cast/training, video conferencing via an approved vendor; playing training/presentation CD/DVD's which are specifically related for OCCM business purpose.

17. Inserting/attaching unauthorized floppies, cd/dvd's, USB drives, memory sticks or cameras to the OCCM systems. Exceptions to this would be only if they are being used for OCCM business purpose. All USB memory devices (aka flash drives) must be encrypted. IT can provide a list of acceptable products.

## Email and Communications Activities

1. Sending unsolicited email messages, including the sending of "junk mail" or other advertising material to individuals who did not specifically request such material (email spam).
2. Any form of harassment via email, telephone or paging, whether through language, frequency, or size of messages.
3. Unauthorized use, or forging, of email header information.
4. Solicitation of email for any other email address, other than that of the poster's account, with the intent to harass or to collect replies.
5. Creating or forwarding "chain letters", "Ponzi" or other "pyramid" schemes of any type.
6. Use of unsolicited email originating from within OCCM 's networks of other Internet/Intranet/Extranet service providers on behalf of, or to advertise, any service hosted by OCCM or connected via OCCM'S network.

## Enforcement

Employees should notify their immediate supervisor or any member of management upon learning of violations of this policy. Any employee found to have violated this policy may be subject to disciplinary action, up to and including termination of employment.

## Definitions

| Term | Definition |
|---|---|
| Spam | Unauthorized and/or unsolicited electronic mass mailings. |
| Internet | A worldwide computer network that provides information on very many subjects and enables users to exchange messages. |
| Intranet | A privately maintained computer network that can be accessed only by authorized persons, especially members or employees of the organization that owns it. |
| Extranet | An extension of an institution's intranet, enabling communication between the institution and people it deals with, often by providing limited access to its intranet. |
| Phishing | A method of identity theft carried out through the creation of a website that seems to represent a legitimate Company. The visitors to the site, thinking they are buying something from a real business, submit their personal information to the site. The criminals then use the personal information for their own purposes, or sell the information to other criminal parties. |
| Hyperlink | A link from a hypertext file to another location or file; typically activated by clicking on a highlighted word or icon at a particular location on the screen. |
| Ponzi | A swindle in which a quick return, made up of money from new investors, on an initial investment lures the victim into much bigger risks. |

## E-mail Signatures

The Company uses a standard format for e-mail signatures. The signature is designed to effectively communicate your contact information and the business unit you represent while promoting a unified standard through color palettes, font selections and basic layout.

Make sure you are always honest and accurate when posting information or news, and if you make a mistake, correct it quickly. Be open about any previous posts you have altered. Remember that the Internet archives almost everything; therefore, even deleted postings can be searched. Never post any information or rumors that you know to be false about OCCM, fellow associates, members, customers, suppliers, people working on behalf of OCCM or competitors.

- Maintain the confidentiality of OCCM trade secrets and private or confidential information. Trade secrets may include information regarding the development of systems, processes, products, know-how and technology.
- Do not post internal reports, policies, procedures or other internal business-related confidential communications.
- Do not create a link from your blog, website or other social networking site to an OCCM website without identifying yourself as an OCCM associate.
- Express only your personal opinions. Never represent yourself as a spokesperson for OCCM. If OCCM is a subject of the content you are creating, be clear and open about the fact that you are an associate and make it clear that your views do not represent those of OCCM, fellow associates, members, customers, suppliers or people working on behalf of OCCM. If you do publish a blog or post online related to the work you do or subjects associated with OCCM, make it clear that you are not speaking on behalf of OCCM. It is best to include a disclaimer such as "The postings on this site are my own and do not necessarily reflect the views of OCCM."

Refrain from using social media while on work time or on equipment we provide, unless it is work-related as authorized by your manager or consistent with the Acceptable Use Policy. Do not use OCCM email addresses to register on social networks, blogs or other online tools utilized for personal use.

## Service Monitoring Of Calls

As a representative of the Company, the utmost of accuracy and courtesy is required in dealing with telephone calls to and from fellow employees, suppliers, customers and guests. As such, telephone calls made or received by employees may be monitored and recorded for quality assurance purposes. In addition, monitoring may be used as an opportunity to coach and develop employee communication and customer service skills.

## Code of Conduct

### Conflict of Interest/Code of Ethics

A company's reputation for integrity is one of its most valuable assets and is directly related to the conduct of its management and other employees. Therefore, employees must never use their positions with the Company or any of its clients, for private gain, to advance personal interests or to obtain favors or benefits for themselves, members of their families or any other individuals, corporations or business entities. OCCM adheres to the highest legal and ethical standards applicable in our business. OCCM's business is conducted in the strict observance of both the letter and spirit of all applicable laws. The integrity of each employee is of utmost importance.

It is a violation of Company policy for any employee of OCCM to offer or receive a bribe, kickback gratuity or other improper payment in order to achieve a desired business result. Bribes may not necessarily come in the form of cash, but are often in the form of expensive gifts. Providing or receiving a bribe or other improper payment may constitute an unfair business practice and therefore may be illegal. Employees who become aware

of such activities are required to report such occurrence to Human Resources.

In the normal course of conducting routine business activities, many employees entertain (or are entertained by) customers, vendors and others outside of OCCM. Entertainment must be reasonable and not excessive. It is impossible to dictate a firm rule defining "reasonable" entertainment. A good way to measure a reasonableness of the entertainment is to think how you would explain the entertainment to a regulator or investigator at a later date. If the entertainment in question is of such magnitude that it could be perceived as a key factor in the business decision that was reached, such entertainment is probably unreasonable and should be avoided. Examples of entertainment that would appear to be reasonable would include a single sporting event or dinner. Examples of entertainment that would appear to be unreasonable could include free season tickets for a professional sports team, and the like. This is an area where a great deal of caution must be exercised by all employees. Employees must consult with Human Resources any time you have a question about the propriety of an entertainment expense.

## Standards of Conduct

There are reasonable rules of conduct which must be followed in any organization to help a group of people work together effectively. Each employee is expected to present him or herself in a professional appearance and manner. If an employee is not considerate of others and does not observe reasonable work rules, disciplinary action will be taken. Depending on the severity or frequency of the disciplinary problems, you may receive, in any order, a verbal or written warning, or termination.

OCCM has listed below offenses which we consider to be serious enough to result in immediate discipline, including termination, for a single offense. Of course, not all circumstances can be reduced to a single set of factors, and management reserves the right to dispense discipline according to its own sole discretion according to the facts of a particular situation. The following is not a complete list but is illustrative of those offenses that may result in immediate termination.

1. Excessive absenteeism or tardiness.
2. Dishonesty, including falsification of OCCM-related documents, or misrepresentation of any fact.
3. Fighting, disorderly conduct, horseplay, or any other behavior which is dangerous or interferes with the work performance of other employees; possession of weapons, firearms, ammunition, explosives, or fireworks in OCCM work areas and offices.
4. Possession of, consumption of, or being under the influence of alcoholic beverages while on OCCM or customer premises or on Company business; illegal manufacture, distribution, dispensation, sale, possession, or use of illegal drugs or un-prescribed controlled substances; reporting to work with illegal drugs or un-prescribed controlled substances in your body or sleeping on the job.
5. Failure to report a workplace injury or accident involving any Employee, client, equipment, or property.
6. Stealing, misappropriating, or intentionally damaging property belonging to OCCM or its customers or Employees.
7. Commission of a crime, or other conduct that may damage the reputation of OCCM.
8. Unauthorized use of OCCM's or its clients' funds, equipment, vehicles or property.
9. Insubordination, including failure to comply with any work assignments or instructions given by any OCCM manager with the authority to do so.
10. Violation of OCCM's Equal Employment Opportunity Policy or its Harassment Policy.
11. Failure to cooperate with an internal investigation, including, but not limited to, investigations of violations of these work rules.

12. Failure to maintain confidentiality of customer or Employee information, or of trade secrets or confidential information of OCCM.

NOTHING IN THIS POLICY IS DESIGNED TO MODIFY THE COMPANY'S EMPLOYMENT-AT-WILL POLICY. BOTH YOU AND THE COMPANY HAVE THE RIGHT TO TERMINATE YOUR EMPLOYMENT FOR ANY OR NO REASON, AT ANY TIME AND WITHOUT NOTICE.

## Vehicles and Driving

It may be necessary for an Employee to operate a vehicle on OCCM business. While driving on company business, Employees are expected to:

- operate their vehicle in a safe manner
- obey all state and local driving laws
- refrain from the use of alcoholic beverages and prescription or other drugs or medicines that may influence driving ability or alertness

Each individual Employee is responsible for ensuring that the vehicle used:

- meets all state and local safety standards
- is in good and safe working order
- is properly licensed and insured

No Employee may operate any vehicle on OCCM business:

- without a proper driver's license or operating permit
- with a suspended, revoked or expired driver's license or operating permit

It is the responsibility of all Employees to inform their supervisor when any of the foregoing conditions would disallow them from driving on company business.

Employees who drive their personal vehicles on OCCM business must maintain the minimal insurance coverage as required by law and present a copy of their driving record and proof of insurance when requested.

## Employment of Relatives and Roommates

While we accept and consider applications for employment from relatives and roommates, we need to provide effective internal controls to prevent conflicts of interest within OCCM. Therefore, employment of close family members such as parents, children, spouses or in-laws' spouses and other relatives or roommates of management personnel within the same department is prohibited. However, spouses and other relatives of management personnel may be employed in a department other than the one in which the management individual is employed.

Management and supervisory personnel who are engaged in a personal relationship outside of work and are employed in the same department must notify their manager who will decide if a conflict of interest exists. In such cases, one manager may be transferred to another department, reporting to a different manager. Under no circumstances are managers or supervisors to engage in personal relationships with a direct report.

For the purpose of this policy, management personnel consist of supervisors and higher.

## Workplace Searches

To protect Company property and to ensure the safety of all employees, customers and vendors, based on prudent and reasonable suspicion, OCCM reserves the right to conduct personal searches, and to inspect any packages, parcels, purses, handbags, briefcases, lunch boxes or any other possessions or articles carried to and from the Company's property. In addition, OCCM reserves the right to search any employee's office, desk, files, lockers, equipment or any other area or article on our premises. Please be aware that no one in the Company has a right of privacy to items stored in offices, desks, files, lockers, equipment, etc. These items are the property of OCCM, and are issued for the use of