**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Jacksonville Division**

| | |
|---|---|
| MSC GROUP, INC.<br>d/b/a ONE CALL CARE MANAGEMENT,<br><br>Plaintiff,<br><br>v.<br><br>JORDAN BURCH,<br><br>Defendant. | Civil Action No. ________________ |

**[PROPOSED] ORDER**

AND NOW, this _____ day of ___________________, 2016, upon consideration of Plaintiff MSC Group, Inc., d/b/a One Call Care Management's ("Plaintiff" or "One Call") Motion for Expedited Discovery and Incorporated Memorandum of Law (the "Motion"), and any responses thereto, it is hereby ORDERED and DECREED that:

1. Plaintiff shall have the this Order and Requests for Production, Subpoenas *Duces Tecum*, and Subpoenas for Deposition attached to the Motion served upon Defendant Jordan Burch ("Defendant" or "Burch") and third parties Jennifer Moreland-Carter ("Carter"), Advanced Hearing Providers ("AHP"), and Cypress Care, as applicable, upon entry of this Order, as soon as practicable thereafter;

2. Defendant Burch shall respond to the Requests for Production attached to the Motion, and produce all responsive documents, within five calendar (5) days of service of the Court's Order and the Requests for Production;

3. Carter, AHP, and Cypress Care shall respond to the Subpoenas *Duces Tecum* attached to the Motion and produce all responsive documents within seven (7) calendar days of service of the Court's Order and the Subpoena *Duces Tecum*;

4. Defendant Burch, Carter, and corporate designees of AHP and Cypress Care shall submit to depositions as specified in the Deposition Notices and/or Subpoenas attached to the Motion (10) calendar days of entry of this Court's Order (Burch) or within ten (10) calendar days of service of a subpoena (third parties), or at such other time as agreed between One Call and the witnesses; and

5. Defendant, Carter, AHP, and Cypress Care shall preserve all potentially relevant evidence stored on business and personal computers, laptops, iPads, handheld devices, smart phones, and similar electronic devices, cloud accounts, and email accounts pending resolution of this action or further order by the Court.

BY THE COURT:

______________________________